December 15, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE ESTATE OF ROBERT L. WRIGHT, DECEASED

NO. 14-14-00401-CV

_____

This cause, an appeal from the final judgment signed May 9, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Robert Tautenhahn, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.